UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.:

09-60335

CIV-COHN

MAGISTRATE JUDGE SELTZER



FILED by _____ D.C.
MAR - 3 2009
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. - MIAMI

LIZZETTE DAWES-ORDONEZ,

Plaintiff,

vs.

MARY FORMAN;
KAREN FORMAN;
WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY; and
FLORIDA ASSOCIATION OF REALTORS,

Defendants.

_____/

## COMPLAINT

Plaintiff, LIZZETTE DAWES-ORDONEZ, by and through counsel sues the Defendants, MARY FORMAN; KAREN FORMAN; WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY; and FLORIDA ASSOCIATION OF REALTORS, and as grounds therefore states the following:

1. This is an action for infringement of copyright pursuant to Title 17, United States Code.

2. Jurisdiction is founded upon Title 28, United States Code.

3. At all times material hereto Plaintiff, LIZZETTE DAWES-ORDONEZ, was and is a professional photographer.

4. At all times material hereto Defendants, MARY and KAREN FORMAN,

were licensed to do and doing business in the state of Florida as realtors.

5.   At all times material hereto Defendant, WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY was and is a Florida corporation licensed to do and doing business in the State of Florida.

6.   At all times material hereto Defendant, FLORIDA ASSOCIATION OF REALTORS, was a corporation doing business in the State of Florida and owned the MLS website.

7.   Defendant, FLORIDA ASSOCIATION OF REALTORS through it's MLS website published Plaintiff's photographs of the real estate located at 18 Ft. Royal Isle, Fort Lauderdale, Florida 33308 at the request of a Realtor member who had the right to publish the photographs.

8.   Defendant, FLORIDA ASSOCIATION OF REALTORS wrongfully advertised to it's members and others viewing it's MLS website that all photographs contained on it's website were freely available to be used by all it's members in knowing violation of copyright law and the rights of Plaintiff.  Attached as Exhibit "A" are copies of examples of the infringing uses of the photos (which are marked) Defendants have infringed the copyrights of.

9.   Defendants, KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY are also liable for the third party advertisements as a contributory infringer due to their dissemination of the images while knowing that the images were going to be used for advertising for these companies.

10. Defendants KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY are liable for vicarious infringement because they provided the images to the third parties, who are in real estate related fields, as part of and to directly promote and further Defendants KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY, as well as, business that Defendants KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY sought to directly profit from involving these entities. Defendants KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY had the right and the ability to stop the infringing ads of the third parties at any time simply by advising the third parties that they were not permitted to use the images in ads.

11. Defendants, KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY, infringed upon Plaintiff's copyright by using and/or distributing Plaintiff's photographic images, identified above in this Complaint, and causing them to be published and placing on the market the photographic images without Plaintiff's consent. Examples of Defendant's infringing uses are attached hereto as Exhibit "A".

12. The subject photographs are the Plaintiff's wholly original work and are copyrightable subject matter under the laws of the United States.

13. That prior to the institution of this action, Plaintiff complied in all respects with Title 17, United States Code and all of there laws governing copyright registering

with the Registrar of Copyrights, Library of Congress and by complying with all statutory deposit requirements of Title 17 USC §407. Copies of the Certificates of Registration and registration materials are attached hereto as Exhibit "B").

### COUNT I
### COPYRIGHT INFRINGEMENT AGAINST
### KAREN FORMAN, MARY FORMAN and
### WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY

Plaintiff, LIZZETTE DAWES-ORDONEZ, readopts paragraph 1 through 13 above as if fully set forth herein and further states as follows:

14.  Defendants KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY's dissemination of the images to third parties in a direct infringement of Plaintiff's rights under copyright law.

15.  Defendants, KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY, were not authorized to use, alter, distribute, or make available for use the subject photographic images in the scope and/or manner in which it has and is liable as a direct vicarious and contributory infringer.

16.  Defendants, KAREN FORMAN, MARY FORMAN and WHIDDON AND COMPANY, INC. d/b/a PRUDENTIAL FLORIDA 1ST REALTY, were directly, vicariously, and contributory liable for copyright infringement pursuant to copyright law.

**WHEREFORE**, Plaintiff, LIZZETTE DAWES-ORDONEZ, demands:

a.  That Defendants, its agents and servants, be enjoined during the

pendency of this action and permanently from infringing upon said copyright rights of Plaintiff in any matter and from further use of Plaintiff's photographic images.

      b.    That Defendants be required to pay to Plaintiff statutory damages and such damages as Plaintiff has sustained in consequence of Defendants' infringement of said copyright and to account for and pay:

> All gains, profits and advantages derived by Defendants in its infringement of Plaintiff's copyright or such damages as the Court may deem proper within the provisions of the copyright statutes.

      c.    That Defendants be required to deliver up to be impounded during the pendency of this action all copies of materials in its possession or under its control and to deliver up for destruction all infringing copies and all plates.

      d.    That Defendants be required to pay to Plaintiff the costs of this action and reasonable attorney's fees to be allowed to the Plaintiff by this Court.

      e.    That Plaintiff have such other and further relief as is just.

**DATED** this 27th day of February, 2009.

Respectfully submitted,

**JOHN B. OSTROW, P.A.**
Counsel for Plaintiff
Courthouse Tower, Suite 1250
44 West Flagler Street
Miami, Florida 33130
Telephone: (305) 358-1496
Facsimile: (305) 371-7999

By: _____
JOHN B. OSTROW
Florida Bar Number: 124324
STEPHEN A. OSTROW
Florida Bar Number: 182338

Exhibit "A"















EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-388-061**

VA / VAU

Effective Date of Registration
**DEC 13 2006**

Application Received
**DEC 13 2006**

Deposit Received
**DEC 13 2006** Two

Examined By: [signature]
Correspondence ☐
Fee Received

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE**

| | | |
|---|---|---|
| **Title of This Work**<br>Alternative title or title of larger work in which this work was published | **1** | 120806 Liz Ordoñez-Dawes PUBLISHED Group Registration / 570 photos |
| **Name and Address of Author and Owner of the Copyright**<br><br>Nationality or domicile<br>Phone fax and email | **2** | Liz Ordonez-Dawes<br>408 NW 28 St<br>Wilton Manors, FL 33311<br>Phone (954) 561 0177    Fax (954) 561 7380<br>Email liz@lizphotos.com |
| **Year of Creation** | **3** | 2006 |
| **If work has been published, Date and Nation of Publication** | **4** | a Date 10/26/06 - 11/20/2006   2006 (Month day and year all required)<br>b Nation |
| **Type of Authorship in This Work**<br>Check all that this author created | **5** | ☐ 3 Dimensional sculpture   ☒ Photograph   ☐ Map<br>☐ 2-Dimensional artwork   ☐ Jewelry design   ☐ Text<br>☐ Technical drawing |
| **Signature**<br>Registration cannot be completed without a signature | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge Check one<br>☒ Author  ☐ Authorized agent<br>X [signature] |
| **OPTIONAL**<br>**Name and Address of Person to Contact for Rights and Permissions**<br>Phone fax and email | **7** | ☒ Check here if same as #2 above<br><br>Phone ( )            Fax ( )<br>Email |

**8** Certificate will be mailed in window envelope to this address
Name ▼ Liz Ordoñez-Dawes
Number/Street/Apt ▼ 408 NW 28 St
City/State/ZIP ▼ Wilton Manors FL 33311

**9** Deposit Account # ____
Name ____

DO NOT WRITE HERE    Page 1 of ___ pages

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

**public** **570 images TOTAL**

- 18fort_royal — 13   10/26/06
  - 18fort_royal_DSC7535.jpg
  - 18fort_royal_DSC7536.jpg
  - 18fort_royal_DSC7542.jpg
  - 18fort_royal_DSC7545.jpg
  - 18fort_royal_DSC7551.jpg
  - 18fort_royal_DSC7555.jpg
  - 18fort_royal_DSC7559.jpg
  - 18fort_royal_DSC7567.jpg
  - 18fort_royal_DSC7572.jpg
  - 18fort_royal_DSC7577.jpg
  - 18fort_royal_DSC7578.jpg
  - 18fort_royal_DSC7582.jpg
  - 18fortroyal_DSC7530.jpg
- apogee_kitchen — 1   11/01/06
  - _DSC7609_8bit.jpg
- prism06 — 237   11/01/06
  - 237_images
    - _DSC7061.jpg
    - _DSC7064.jpg
    - _DSC7065.jpg
    - _DSC7068.jpg
    - _DSC7069.jpg
    - _DSC7070.jpg
    - _DSC7072.jpg
    - _DSC7073.jpg
    - _DSC7076.jpg
    - _DSC7077.jpg
    - _DSC7078.jpg
    - _DSC7079.jpg
    - _DSC7081.jpg
    - _DSC7082.jpg
    - _DSC7083.jpg
    - _DSC7086.jpg
    - _DSC7087.jpg
    - _DSC7088.jpg
    - _DSC7089.jpg
    - _DSC7090.jpg
    - _DSC7091.jpg
    - _DSC7092.jpg
    - _DSC7093.jpg
    - _DSC7095.jpg
    - _DSC7097.jpg
    - _DSC7102.jpg
    - _DSC7105.jpg
    - _DSC7106.jpg
    - _DSC7109.jpg
    - _DSC7111.jpg
    - _DSC7113.jpg
    - _DSC7114.jpg
    - _DSC7115.jpg
    - _DSC7117.jpg
    - _DSC7118.jpg
    - _DSC7119.jpg
    - _DSC7120.jpg
    - _DSC7122.jpg
    - _DSC7123.jpg
    - _DSC7141.jpg
    - _DSC7142.jpg
    - _DSC7143.jpg
    - _DSC7144.jpg
    - _DSC7146.jpg
    - _DSC7147.jpg
    - _DSC7148.jpg
    - _DSC7149.jpg
    - _DSC7150.jpg
    - _DSC7151.jpg
    - _DSC7152.jpg
    - _DSC7154.jpg
    - _DSC7155.jpg
    - _DSC7157.jpg
    - _DSC7158.jpg
    - _DSC7160.jpg
    - _DSC7161.jpg
    - _DSC7162.jpg
    - _DSC7163.jpg
    - _DSC7164.jpg
    - _DSC7166.jpg
    - _DSC7168.jpg
    - _DSC7169.jpg
    - _DSC7170.jpg
    - _DSC7173.jpg
    - _DSC7174.jpg
    - _DSC7175.jpg
    - _DSC7177.jpg
    - _DSC7178.jpg
    - _DSC7180.jpg
    - _DSC7182.jpg
    - _DSC7183.jpg
    - _DSC7185.jpg
    - _DSC7186.jpg
    - _DSC7187.jpg
    - _DSC7188.jpg
    - _DSC7189.jpg
    - _DSC7190.jpg
    - _DSC7192.jpg
    - _DSC7193.jpg
    - _DSC7195.jpg
    - _DSC7196.jpg
    - _DSC7198.jpg
    - _DSC7199.jpg
    - _DSC7200.jpg
    - _DSC7202.jpg
    - _DSC7203.jpg
    - _DSC7205.jpg

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
LIZZETTE DAWES-ORDONEZ,

### DEFENDANTS
MARY FORMAN; KAREN FORMAN; WHIDDON AND COMPANY d/b/a PRUDENTIAL FLORIDA 1ST REALTY, et al.

(b) County of Residence of First Listed Plaintiff: **BROWARD**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **BROWARD**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
JOHN B. OSTROW, ESQ., JOHN B. OSTROW, PA, COURTHOUSE TOWER, 44 WEST FLAGLER STREET, SUITE 1250, MIAMI, FLORIDA 33130 (305) 358-1496

Attorneys (If Known)
UNKOWN

FILED by __ D.C.
MAR - 3 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

(d) Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

FTL 09CV 60335-

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Cohn/Seltzer

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☑ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO     b) Related Cases ☐ YES ☑ NO
JUDGE                              DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
TITLE 17, USC - COPYRIGHT INFRINGEMENT BY UNAUTHORIZED USE OF PHOTOGRAPHS
LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE: February 27, 2009

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 99L2461
03/03/09